No. 71–1417. BOOSTER LODGE No. 405, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 71–1607. NATIONAL LABOR RELATIONS BOARD v. BOEING Co. ET AL. C. A. D. C. Cir. Certiorari granted. Cases consolidated and a total of one and one-half hours allotted for oral argument. Reported below: 148 U. S. App. D. C. 119, 459 F. 2d 1143.

No. 72–624. UNITED STATES v. PENNSYLVANIA INDUSTRIAL CHEMICAL CORP. C. A. 3d Cir. Certiorari granted. 